**LYDECKER DIAZ**
Michael I. Goldman, Esq.
Julieta Gomez de Mello, Esq.
One Evertrust Plaza
Suite 701, 4B
Jersey City, New Jersey 07302
Telephone: (201) 676-7692
Attorneys for Defendant, Vector Marketing Corporation

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SADE BRYANT, | : | **Civil Action No. 1:20-cv-16082** |
| Plaintiff, | : | **DEFENDANT VECTOR MARKETING CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| vs. | : |  |
| VECTOR MARKETING CORPORATION; and JOHN DOES 1-5 and 6-10, | : |  |
| Defendants. | : |  |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Vector Marketing Corporation, by and through its attorneys, Lydecker Diaz, certifies that it is a non-governmental corporate party and it is a wholly owned subsidiary of Cutco Corporation.

/s/ Michael I. Goldman
LYDECKER DIAZ
Michael I. Goldman, Esq.
Julieta Gomez de Mello, Esq.
One Evertrust Plaza, Suite 701, 4B
Jersey City, New Jersey 07102
Tel: (201) 676-7692
mgoldman@lydeckerdiaz.com
*Attorneys for Defendant,*
*Vector Marketing Corporation*

Dated: January 4, 2021

## CERTIFICATION OF SERVICE

I, Michael I. Goldman, hereby certify that on this 4th day of January, 2021, I caused the within Rule 7.1 Corporate Disclosure Statement to be filed via ECF, and that I caused same to be served on all counsel of record via ECF.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Michael I. Goldman
LYDECKER DIAZ
Michael I. Goldman, Esq.
Julieta Gomez de Mello, Esq.
One Evertrust Plaza, Suite 701, 4B
Jersey City, New Jersey 07102
Tel: (201) 676-7692
mgoldman@lydeckerdiaz.com
*Attorneys for Defendant,*
*Vector Marketing Corporation*

Dated: January 4, 2021