# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SADE BRYANT, | Civil Action No. 1:20-cv-16082 |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| VECTOR MARKETING CORPORATION; and JOHN DOES 1-5 and 6-10, | |
| Defendants. | |

The above entitled action, having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and hereby is dismissed with prejudice, and with all parties bearing their own legal fees and costs.

| | |
|---|---|
| COSTELLO & MAINS, LLC | LYDECKER |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| */s/ Miriam S. Edelstein* | */s/ Michael I. Goldman* |
| Miriam S. Edelstein | Michael I. Goldman |
| | |
| Date: November 22, 2021 | Date: November 22, 2021 |